UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE NIMER MARTHA,                   No. C 04-2489 SI (pr)

      Petitioner,                             **ORDER DENYING CERTIFICATE OF APPEALABILITY**

  v.

SCOTT KERNAN, warden,

      Respondent.
_____/

       Petitioner has filed a request for a certificate of appealability, which the court construes to also be a notice of appeal. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The request for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 62.) The clerk shall forward to the Ninth Circuit Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

       The request for a certificate of appealability is denied for the additional reason that petitioner did not serve a copy of the document on respondent's counsel.

    IT IS SO ORDERED.

DATED: July __12__, 2005

                                         SUSAN ILLSTON
                                         United States District Judge